1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

10
11

12 | UNITED STATES OF AMERICA,        CASE NO. 98CR2035-IEG

13 |                 Plaintiff,   JUDGMENT AND ORDER OF
DISMISSAL OF INDICTMENT AND
14 |    vs.                                          RECALL ARREST WARRANT

15 | MARCELA DE LA LUZ HUERTA
HERNANDEZ,
16

17 |               Defendant.

18

19      Upon motion of the UNITED STATES OF AMERICA and good cause

20 appearing,

21      IT IS HEREBY ORDERED that the Indictment in the above entitled case be

22 dismissed without prejudice, and the Arrest Warrant be recalled.

23      **IT IS SO ORDERED.**

24 **DATED:  August 16, 2013**

25

26     **IRMA E. GONZALEZ**
    **United States District Judge**

27

28